IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | **8:20CR83** |
| vs. | |
| BREALON J. GOODWIN, | **ORDER** |
| Defendant. | |

This matter is before the Court on the Joint Motion for Extension of Pretrial Progression Order as to Defendant Brealon J. Goodwin (Filing No. 27). Defendant Goodwin agrees with the government's requested complex case designation and extended discovery and pretrial motion deadlines and joins the motion. For the reasons set forth in the motion, the Court finds that the ends of justice served by granting the parties' motion outweigh the interests of the public and the defendant in a speedy trial. Therefore, the request for an extension of time to produce Rule 16 discovery in this matter shall be granted, and the defendant will be given additional time to file pretrial motions. Accordingly,

**IT IS ORDERED:**

1. The Joint Motion for Extension of Pretrial Progression Order as to Defendant Brealon J. Goodwin (Filing No. 27) is granted.

2. The government shall provide Rule 16 discovery to the defendant on or before March 19, 2020.

3. The defendant shall file pretrial motions on or before May 5, 2020.

4. The additional time arising as a result of the granting of the motion, i.e., the time between today's date and May 5, 2020, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that the government requires additional time to adequately prepare the case and provide discovery materials, taking into consideration the number of defendants, due diligence of counsel, and the novelty and complexity of this case. It is unreasonable to otherwise expect the parties to be adequately prepared for pretrial

proceedings or trial and the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B)(ii).

Dated this 3rd day of March, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge